Lee A. Sherman, Esq. (SBN 172198)
**CALLAHAN, McCUNE & WILLIS, APLC**
111 Fashion Lane
Tustin, California 92780-3397
Tel.: (714) 730-5700
Fax: (714) 730-1642
E-mail:     Lee_Sherman@cmwlaw.net

JS-6

Attorneys for Plaintiff
BERTRAM ROBISON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTRAM ROBISON, individually, and on behalf of all other similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>WFS FINANCIAL, INC. and DOES 1 through 10, Inclusive<br><br>            Defendants. | Case No.: **SACV06-1072 ODW (RNBx)**<br>JUDGE: Hon. Otis D. Wright II<br>COURTROOM: 11<br>COMPLAINT: 11/7/06<br><br>**JUDGMENT OF CLASS ACTION SETTLEMENT AND ORDER OF DISMISSAL OF ACTION** |

Upon consideration of all points and authorities and declarations submitted regarding Plaintiff's Motion for Final Approval of the Settlement, and oral argument at the final fairness hearing held on July 7, 2008, it is hereby ADJUDGED as follows:

1.     Notices of the proposed settlement and class certification, claim forms and requests for exclusion forms were mailed to the settlement class members

- 1 -

pursuant to the terms of the Settlement Agreement and this Court's Order of Preliminary Settlement Approval in accordance with the requirements of Federal Rule of Civil Procedure 23.

2. The Court has held a hearing to consider the fairness, reasonableness, and adequacy of the proposed settlement, and has considered, among other things, the complexity, expense, and likely duration of the litigation; the reaction of the class to the settlement; the stage of the proceedings and the amount of discovery completed; the risks of trial; and the range of reasonableness of the settlement in light of the best possible recovery and the attendant risks of litigation.

3. The Court has also given significant weight to the belief of experienced counsel appointed to represent the interests of the class that the proposed settlement is in the best interest of the class.

4. The Court finds the proposed settlement is not the product of collusion between the parties or their respective counsel, but rather was the result of bona fide, good faith, arm's length negotiations between experienced counsel after sufficient discovery was obtained.

5. The Court finds that the prerequisites of both Federal Rule 23(a) and 23(b)(3) have been met.

6. A review of the relevant factors supports the proposed settlement, and the same is hereby approved and found to be in all respects fair, reasonable, adequate, and in the best interest of the class as a whole, in satisfaction of the

1  requirements of Federal Rule of Civil Procedure 23(e)(1)(C).

2       7.     The requested payment of $5,000.00 to the Plaintiff, Bertram Robison, is fair and reasonable in light of his efforts, and is hereby approved.

     8.     The Court approves the requested reimbursement of costs and requested attorney fee award to Class Counsel in the total amount of $728,812.50. The Court finds this sum is fair and reasonable in light of the size of the settlement, the number of persons benefited, the absence of meritorious objection, the skill and efficiency of the attorneys involved, the complexity and duration of the Litigation, the risks of nonpayment, the amount of time devoted to the case by Class Counsel, awards in similar cases, and the reasonableness of the lodestar cross-check.

     9.     This Action is dismissed with prejudice. The Court retains jurisdiction over this Action for the sole purpose of effectuating the terms of the Settlement.

     IT IS SO ADJUDGED.

DATE: July 7, 2008                     _____
                                          Hon. Otis D. Wright, II

G:\PLF\070020\Pldgs\Judgment of Class Action Settlement